AO 458 (Rev. 10/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

**APPEARANCE**

| | |
|---|---|
| CHRIS BECKWITH and<br>KIMBERLY BECKWITH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RECKITT BENCKISER | ) |
| PHARMACEUTICALS, INC. d/b/a | ) |
| AIR WICK, | ) |
| | ) |
| Defendant. | ) |

**1:09-cv-1463 SEB -TAB**

Case Number: _____

To the Clerk of this court and all parties of record:

    I am authorized to practice in this court, and I appear in this case as counsel for:
Reckitt Benckiser Inc. (improperly named Reckitt Benckiser Pharmaceuticals, Inc. d/b/a
Air Wick).

DATE: **11/25/09**

BY: _____

STEPHANIE L. CASSMAN, #22206-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Phone: (317) 237-0500
FAX:  (317) 630-2790

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, this 25th day of November, 2009:

        Robert A. Smith
        SMITH & WADE, LLP
        12900 N Meridian St Ste 100
        Carmel IN 46032

STEPHANIE L. CASSMAN

Q:\LM\281\FED APPEAR SLC.doc